IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

J & J SPORTS PRODUCTIONS, INC.                                              PLAINTIFF

V.                              NO. 6:18-CV-06038

NILESH DALAL                                                                 DEFENDANT

## JUDGMENT

For the reasons set forth in the Findings of Fact and Conclusions of Law (ECF No. 32) and the Order Granting Motion for Attorney's Fees and Costs (ECF No. 42), it is HEREBY ORDERED AND ADJUDGED that Plaintiff, J & J Sports Productions, Inc., should have and recover of and from Defendant, Nilesh Dalal, judgment in the amount of $6,000 plus $27,222.08 in attorney's fees and costs.

**IT IS SO ORDERED**, this 16th day of September 2019.

/s/ *Robert T. Dawson*
**ROBERT T. DAWSON**
**SENIOR U. S. DISTRICT JUDGE**